UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SHERIELEE FIGUEROA,

                              Plaintiff,            REQUESTED JURY CHARGE
                                                    (RETALIATION)
vs.
                                                    Civil Action No.: 1:15-CV-6526

KK SUB II, LLC,
JOHN PHARO, AREA MANAGER, and
JENNIFER HAMMEL, DISTRICT MANAGER,

                              Defendants.

---

REQUEST TO CHARGE: RETALIATION[1]

    To establish an unlawful retaliation claim under the New York Human Rights Law, the Plaintiff must show that (1) he or she engaged in a protected activity as that term is defined under the NYHRL; (2) his or her employer was aware that he or she participated in such activity; (3) he or she engaged in conduct which was reasonably likely to deter a person from engaging in that protected activity, and (4) there is a casual connection between the protected activity and the alleged retaliatory conduct.

    In the event that Plaintiff establishes such a prima facie case, the burden shifts to the employer to articulate a legitimate nondiscriminatory reason for the alleged retaliatory conduct.

Dated: May 4, 2018


                              s/ Justin S. White

                              JUSTIN S. WHITE
                              Attorney for the Defendant KK SUB II LLC
                              5662 Main Street
                              Williamsville, NY 14221
                              (716) 631-9100
                              e-mail: jwhite@sbwattorneys.com


                              s/ Andrew P. Fleming

                              ANDREW P. FLEMING, ESQ.
                              Attorney for the Defendant Hammel
                              S-5113 South Park Avenue
                              Hamburg, NY 14075
                              (716) 648-3030
                              e-mail: andy@cf-legal.com

---

1  Taken from New York PJI 9:1.