# JUSTIN S. WHITE
ATTORNEY AT LAW
5662 MAIN STREET
WILLIAMSVILLE, NY 14221

Tel: (716) 631-9100  
Fax: (716) 631-7546

e-mail: jwhite@sbwattorneys.com

June 5, 2018

Hon. Frank P. Geraci, Jr.
United States Magistrate Judge
United States District Court
100 State Street
Rochester, NY 14614

Re: Sherielee Figueroa v. KK Sub II, LLC, et al.
Civil No. 15-CV-6526

Dear Judge Geraci:

    I am in receipt of the Plaintiff's Motion *in Limine* and Memorandum of Law dated June 1, 2018.

    I also reviewed the Court's pre-trial Order dated February 21, 2018. That Order at Para. 8 addresses the issue of motions *in limine*.

    The aforesaid order references the possibility of resolving such motions *in limine* at our pre-trial conference scheduled for June 8, 2018, three days from now.

    I trust that Plaintiff's counsel and the Defendants can make collaborative decisions and/or agree on *some* of the topics raised in the motion *in limine*.

    However, should there be no agreement(s), I will need to respond to this motion with opposing papers. Since there is no deadline for that, I would ask the Court to discuss this with us on Friday and provide me with some opportunity to do so should the need arise.

    Thank you for your attention to this matter.

Very truly yours,

Justin S. White

JSW/cmk
cc: Anthony J. LaDuca, Esq.
    Andrew P. Fleming, Esq.