UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

SHERIELEE FIGUEROA,

                     Plaintiff,

v.

KK SUB II, LLC, et al.,

                     Defendants.

Case # 15-cv-6526-FPG

JURY VERDICT FORM

**RETALIATION:**

1. Do you find, by a preponderance of the evidence, that, on or about September 25, 2014, within the Western District of New York, Defendant KK Sub II retaliated against Plaintiff Sherielee Figueroa in violation of federal and New York State law?

   Yes __X__   No _____

   If you answered yes, proceed to question (2). If you answered no, proceed to question (6).

**AIDING AND ABETTING:**

2. Do you find, by a preponderance of the evidence, that, on or about September 25, 2014, within the Western District of New York, Defendant Jennifer Hammel aided and abetted Defendant KK Sub II's retaliation in violation of New York state law?

   Yes __X__   No _____

   Regardless of your answer, proceed to question (3).

1



COURT'S EXHIBIT
1

**DAMAGES:**

3. Do you find, by a preponderance of the evidence, that Plaintiff Sherielee Figueroa is entitled to receive compensatory damages because of retaliation in violation of federal and New York state law?

    Yes __X__    No _____

    **If you answered yes:** What amount of compensatory damages do you award?

    $ __150,000__

    After indicating the amount of compensatory damages, proceed to question (5). Do not enter an amount for nominal damages.

    **If you answered no to question (3):** Proceed to question (4).

4. Do you find that Plaintiff Sherielee Figueroa is entitled to nominal damages because of retaliation in violation of federal and New York state law?

    Yes _____    No _____

    If so, what amount of nominal damages do you award?

    $ _____

    Regardless of your answer, proceed to question (5).

5. Do you find, by a preponderance of the evidence, that Plaintiff Sherielee Figueroa is entitled to receive punitive damages because of retaliation in violation of federal law?

Yes __X__     No _____

If so, what amount of punitive damages do you award?

$ 275,000

Regardless of your answer, proceed to question (6).

6. Was your verdict unanimous?

Yes __X__     No _____

I certify the above verdict to be true and accurate.

July 13, 2018
Date

Kathleen Brown
Signature of Foreperson