Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| Sherielee Figueroa | **JUDGMENT IN A CIVIL CASE** <br> CASE NUMBER: 15-cv-6526 |
| v. | |
| KK Sub II, LLC, John Pharo, and Jennifer Hammel | |

☒ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED by Order dated January 26, 2018 (dkt. 41) that Defendant KK Sub II's Motion for Summary Judgment as to Plaintiff's first, second, fourth, and fifth claims (sexual harassment and retaliatory harassment under Title VII and the NYSHRL) is GRANTED, and those claims are dismissed from this case.

FURTHER, the Jury finds that, by a preponderance of the evidence, Defendant KK Sub II retaliated against Plaintiff in violation of federal and New York State law; FURTHER that, by a preponderance of the evidence, Defendant Jennifer Hammel aided and abetted Defendant KK Sub II's retaliation in violation of New York State law; FURTHER that, by a preponderance of the evidence, Plaintiff is entitled to receive compensatory damages because of retaliation in violation of federal and New York State law in the amount of $150,000; and FURTHER, by a preponderance of the evidence, Plaintiff is entitled to receive punitive damages because of retaliation in violation of law in the amount of $275,000.

| | |
|---|---|
| Date: July 17, 2018 | MARY C. LOEWENGUTH <br> CLERK OF COURT <br><br> By: s/Elizabeth Burger <br>     Deputy Clerk |