UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| Sherielee Figueroa, | **NOTICE OF MOTION** |
| Plaintiff, | Civil Action No.: 6:15-CV-6526 |
| v. | |
| KK Sub II, LLC, John Pharo, Area Manager, and Jennifer Hammel, District Manager, | |
| Defendants. | |

_____

     PLEASE TAKE NOTICE that, upon the Declaration of Anthony J. LaDuca, dated July 26, 2018, with attached Exhibits, as well as the Memorandum of Law, dated July 26, 2018, Plaintiff will move this Court before the Hon. Frank P. Geraci, Jr., Chief Judge, United States District Judge, at the United States Courthouse, 100 State Street, Rochester, New York, at such time and date as the Court shall direct for recovery of attorneys' fees and costs and disbursements, together with interest from the date such expense was incurred, pursuant to 42 U.S.C. § 2000e-5(k) and Federal Rule of Civil Procedure 54(d), along with the Declaration of Anthony J. Laduca, dated July 26, 2018, together with Exhibits attached thereto, pursuant to Local Rule of Civil Procedure 5.3.

     PLEASE TAKE FURTHER NOTICE that, movant intends to file and serve reply papers, and the opposing party is, therefore, required to file and serve opposing papers as directed by the Court.

Dated:  July 26, 2018
       Rochester, New York

                                                      LADUCA LAW FIRM

                                                      S/ Anthony J. LaDuca
                                                      Anthony J. LaDuca, Esq.
                                                      Attorneys for Plaintiff
                                                      125 State Street, Suite 400
                                                      Rochester, New York 14614
                                                      Telephone No.: (585) 454-1000
                                                      laduca@laducalawfirm.com